# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC § § § Plaintiff, § § vs. § § AMERICAN HONDA MOTOR CO. INC. et al § § § Defendant. § ─────────────────────────── § ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC § § § Plaintiff, § § vs. § § RHEEM MANUFACTURING § § Defendant. § ─────────────────────────── § | Case No: 2:15-cv-01877-JRG-RSP<br><br>LEAD CASE<br><br><br><br><br><br>Case No: 2:15-cv-01576-JRG-RSP<br><br>CONSOLIDATED CASE |

## **ORDER**

On this day the Court considered the Unopposed Motion to Dismiss Defendant Rheem Manufacturing. It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees. It is further ORDERED that the court will retain jurisdiction to enforce the terms of the Settlement Agreement between the parties.

**SIGNED this 23rd day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE